# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRION PACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-1139-G |
| | ) |
| JEREMIAH JIM et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell (Doc. No. 5), recommending that this action be transferred to the United States District Court for the Northern District of Oklahoma.[1] No objection to the Report and Recommendation has been filed within the time prescribed; nor has an extension of time in which to object been sought or granted. The Report and Recommendation (Doc. No. 5) is therefore ADOPTED in its entirety, and this action is TRANSFERRED to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. § 1406(a).

IT IS SO ORDERED this 2nd day of February, 2024.

_____
CHARLES B. GOODWIN
United States District Judge

---

[1] The Complaint names defendants residing in Pawnee County and alleges that the events giving rise to Plaintiff's claims occurred at the Pawnee County Jail. *See* Compl. (Doc. No. 1) at 4, 6-8, 9-13. Pawnee County is located in the Northern District of Oklahoma. *See* 28 U.S.C. § 116(a). Accordingly, the Court agrees that venue is proper in the Northern District. *See* 28 U.S.C. §§ 1391(b)(1)-(2).